# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

STEVEN F. D'AMICO,

    Plaintiff,

v.                                Case No. 4:19-cv-445-AW-HTC

STEVEN H. WHEELER, et al.,

    Defendants.

_____/

## ORDER OF TRANSFER

The Court has considered the Magistrate Judge's Report and Recommendation dated October 10, 2019. ECF No. 5. No objections have been filed. I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case shall be TRANSFERRED to the United States District Court for the Middle District of Florida, and the Clerk shall take necessary steps to effect the transfer.

3. The Clerk shall close the file.

SO ORDERED on December 10, 2019.

                                              s/ *Allen Winsor*
                                              United States District Judge